MORRIS R. WARD, Appellant, *v.* MARY BOCHINO, Respondent.

Submitted January 15, 1945; decided February 21, 1945.

*Oscar J. Brown* for motion.
*Frederick W. Fuess, Jr.,* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order of the Appellate Division does not finally determine the action within the meaning of the Constitution.